UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

YENNIFER VALERIA DAVILA MERCADO,

    *Petitioner*,

v.                                Case No. 5:25-CV-1623-JKP

TODD M. LYONS, Acting Director
of US ICE, et al.,

    *Respondents*.

## FINAL JUDGMENT

For the reasons set forth in the Court's Order issued on this date, Petitioner's petition for writ of habeas corpus is **GRANTED.** Petitioner Yennifer Valeria Davila Mercado shall be released from detention in accordance with that order.

The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED this 11th day of December 2025.**

*[signature: Jason Pulliam]*

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**